UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHERYL LEONA PALMER,

    Petitioner,

v.                                                                CASE NO: 8:09-cv-429-T-26TGW

SECRETARY of the FLORIDA DEPARTMENT
OF CORRECTIONS; ATTORNEY GENERAL of the
STATE OF FLORIDA,

    Respondents.
_____/

## O R D E R

Petitioner, proceeding *pro se*, has filed what appears to be a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Her petition, however, is incomprehensible making it impossible for the Court to be able to discern whether she has even been convicted of a state crime and, if so, whether she has exhausted her state remedies before filing this federal habeas action. Accordingly, it is ordered and adjudged as follows:

1) This case is dismissed without prejudice to Petitioner refiling her petition for habeas corpus in a separate case so long as that petition is intelligible.

2) The Motion to Proceed In Forma Pauperis (Dkt. 2), Motion for Appointment of Counsel (Dkt. 3), and Motion for Damages (Dkt. 4) are denied as moot.

3) The Clerk is directed to enter judgment for Respondents and to close this case.

**DONE AND ORDERED** at Tampa, Florida, on March 12, 2009.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Petitioner, pro se